IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL ROWE; and STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., an Illinois corporation, as subrogee of Rowe,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, a federal agency; and DOES 1-3,<br><br>Defendants. | CV 23–32–M–DLC<br><br>ORDER |

Before the Court is the parties' Stipulation to Dismiss with Prejudice. (Doc. 11.) The parties request that the Court enter an order dismissing the above-captioned matter with prejudice, with the parties to bear their own respective attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 3rd day of October, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1